

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2020

No. 04-19-00742-CR

Richard Paul **SHATLAW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6876
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967) asserting there are no meritorious issues to raise on appeal. Counsel certifies he served copies of the brief, motion, and appellate record on appellant; informed appellant of his right to review the record and file his own brief; and informed appellant of his right to seek discretionary review should the court of appeals declare the appeal frivolous. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief, we **ORDER** that he do so **by June 1, 2020**. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

We further **ORDER** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80–82 (1988) (holding that motion to withdraw should not be ruled on before appellate court independently reviews record to determine whether counsel's evaluation that appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410–11 (Tex. Crim. App. 2008) (same).

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of April, 2020.

Michael A. Cruz,
Clerk of Court